**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1161**

———————

DANIEL P. WOODLIN,

                                    Plaintiff - Appellant,

        versus

HON COMPANY,

                                    Defendant - Appellee.

THOMAS H. ROBERTS, Esq.,

                                    Movant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, District Judge.  (CA-02-186-3)

———————

Submitted:  May 15, 2003                Decided:  May 20, 2003

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel P. Woodlin, Appellant Pro Se.  Lynn Forgrieve Jacob, Dana C.M. Peluso, WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel P. Woodlin appeals the district court's order denying his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woodlin v. Hon Co., No. CA-02-186-3 (E.D. Va. Dec. 30, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court's order dismissing the action was entered on the docket sheet on December 30, 2002. Contrary to the requirements of Fed. R. Civ. P. 58, however, the court never entered its judgment in a separate document. As a result, the time limit for noting an appeal never began to run. See Bankers Trust Co. v. Mallis, 435 U.S. 381, 384-85 (1978). We accordingly deem the appeal timely.

2